IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DARLA DUNCAN, as guardian of
Johnathan Duncan, on behalf of
Johnathan Duncan and all others similarly
situated; DARREN NORMAN, on behalf of
himself and all others similarly situated; and
WYNONA RANDOLPH, temporary guardian
of Kristian Smith, on behalf of Kristian Smith
and all others similarly situated　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　No. 4:11-cv-325-DPM

CHARLES SMITH, individually and in his
official capacity as policy maker of the
Arkansas State Hospital; STEVE DOMAN,
individually and in his official capacity as
policy maker of the Arkansas State Hospital;
JAMES SCOGGINS, individually and in his
official capacity as policy maker of the Arkansas
State Hospital; JOHN SELIG, individually and
in his official capacity as Director of the
Department of Human Services; JAMES GREEN,
Director of DDS, in his individual and in his official
capacity; VERONICA WILLIAMS; in her official
and individual capacities; and ANN TUCKER, in
her official and individual capacities　　　　　　　　　　　　　　DEFENDANTS

JUDGMENT

Duncan's claims are dismissed with prejudice. Norman's claims are dismissed without prejudice. Randolph's official-capacity claims on Smith's behalf are dismissed with prejudice; and her Title II, ADA, and individual-

capacity constitutional claims on Smith's behalf are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2012