# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DARLA DUNCAN, as guardian
of JOHNATHAN DUNCAN, *et al.*                                PLAINTIFFS

v.                    No. 4:11-cv-325-DPM

CHARLES SMITH, *et al.*                                       DEFENDANTS

## ORDER

Duncan asks the Court to amend the Judgment in this case, but no apparent error, like a clerical mistake, justifies amendment. FED. R. CIV. P. 60(a). The Court adjudicated Duncan's federal claims. № 92 & 104. No one argued that Duncan asserted any state-law claims, № 60, and the Court did not purport to resolve any state claims by him. Whether any such potential claims were within this Court's jurisdiction, or could have been asserted, is not for this Court to say at this point. Motion to vacate, *Document No. 108*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2013